# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**North Cape Page, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**DBA Stevie Tomato's SportsPage** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-5110538** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**814 Pine Island Rd. SW**<br>**#301**<br>**Cape Coral, FL**<br>ZIP Code **33991** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2430 Vanderbilt Beach Rd.**<br>**#108-179**<br>**Naples, FL**<br>ZIP Code **34109** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **North Cape Page, Inc.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor: **Pebble Page, Inc.** | Case Number: **9:10-bk-22022-DHA** || Date Filed: **9/13/10** |
| District: **Middle District, Fort Myers Division** | Relationship: **Affiliate** || Judge: **David H. Adams** |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **North Cape Page, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **TMRL FOR FBN 00014139**
Signature of Attorney for Debtor(s)

**Stephen R. Leslie, Bar No. 000349**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Wendy Luckey**
Signature of Authorized Individual

**Wendy L. Luckey**
Printed Name of Authorized Individual

**Secretary**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

ADT
P.O. Box 371967
Pittsburgh, PA 15250

Advance Me
2015 Vaughn Rd.
Building 500, #500
Kennesaw, GA 30144

Alert One Fire Equipment
1120 Metro Pkwy., #9
Fort Myers, FL 33966

Aloha Posabilities
13701 Cypress Terrace Cir #601
Fort Myers, FL 33907

ASCAP
2675 Paces Ferry Rd., #350
Atlanta, GA 30339

Bevinco
27241 Sun Aqua Lane
Bonita Springs, FL 34135

Bio Drain of Florida
2040 Beacon Manor Dr.
Fort Myers, FL 33907

Bluestar Bunding Inc.
c/o GRP Funding, Inc.
Attn: General Counsel
40 Hallie Lane
Somers, CT 06071

BMI
10 Music Square E.
Nashville, TN 37203

Brandon Perkins
11470 S. Cleveland Ave.
Fort Myers, FL 33901

Busy Bee Septic, Inc.
P.O. Box 100068
Cape Coral, FL 33910

California Beverage Systems, Inc.
2502 Technology Dr.
Hayward, CA 94545

Coastal Paper
814 NE Pine Island Rd.
Cape Coral, FL 33991

Coleman Yovanovich & Koester
4001 Tamiami Trail N., #300
Naples, FL 34103

Comcast Spotlight
2180 Immokalee Rd., #308
Naples, FL 34110

Connors Electric
25272 Papillion Dr.
Bonita Springs, FL 34135

Culligan Water
16101 Old US Hwy 41
Fort Myers, FL 33912

Cypress Lake Game on Advertising
P.O. Box 8730
Fayetteville, AR 72703

Cypress Plumbing
2657 Meadow Lane
Fort Myers, FL 33901

Derek Woods
2430 Vanderbilt Beach Rd.
#108-179
Naples, FL 34109

DTV
P.O. Box 60036
Los Angeles, CA 90060

Enterprise Funding Group, LLC
4308 Three Mile Rd. NW
Grand Rapids, MI 49534

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Florida Fire Systems
17061 Alico Commercial Ct. #103
Fort Myers, FL 33967

Franzese Plumbing
2120 River Reach Dr.
Cape Coral, FL

Ft. Myers News Press
2442 Dr. Martin Luther King Blvd.
Fort Myers, FL 33901

Galvin Design
13422 Sunset Lakes Cir.
Winter Garden, FL 34787

General Hotel
13900 NW 82nd Ave.
Hialeah, FL 33016

Gordon Foods
c/o Kass Hodges
1505 N. Florida Ave.
Tampa, FL 33602

Green Guard
4159 Shoreline Dr.
Earth City, MO 63045

Information Printing
11529 Charlies Ter.
Fort Myers, FL 33907

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

J Van Hart Provisions
4938 SW 20th Ave.
Cape Coral, FL 33914

James Larry Nichols
8191 College Parkway #204
Fort Myers, FL 33919

John Ledbetter
Ausley & McMullen
123 S. Calhoun St.
Tallahassee, FL 32301

KIH Wholesale
P.O. Box 60201
Fort Myers, FL 33906

Kuhn Law Firm
12800 University Dr. #385
Fort Myers, FL 33907

Kunkel Miller & Bhament
Orange Professional Center #200
Sarasota, FL 34236

LCEC
P.O. Box 31477
Tampa, FL 33631

NTN Buzztime, Inc.
5966 La Place Ct., #100
Carlsbad, CA 92008

Oasis Outsourcing
8745 Henderson Rd.
Renaissance 5, Ste 201
Tampa, FL 33634

Office Max
P.O. Box 4160
Carol Stream, IL 60197

Ohel Chai, Inc.
c/o Mark Slack, Esq.
5147 Castello Dr.
Naples, FL 34103

Ohel Chai, Inc.
Attn: Yvette Rubin
P.O. Box 04-0032
Brooklyn, NY 11204

Orkin
1780 N. Hercules Ave.
Clearwater, FL 33765

PureForce, Inc.
370 Wabasha St. N.
Saint Paul, MN 55102-1323

Sam's Club Member Service
2101 SE Simple Savings Dr.
Bentonville, AR 72716

Sea Air
7977 Mercantile St., #8
North Fort Myers, FL 33917

Serve Program
P.O. Box 14516
Fort Lauderdale, FL 33302

Sesac
55 Music Square E.
Nashville, TN 37203

SunTrust Equipment Finance
and Leasing Corp.
300 East Joppa Rd., 7th Floor
Towson, MD 21286

SunTrust Equipment Finance
c/o Kimberly Lopez, Esq.
420 S. Orange Ave., #1200
Orlando, FL 32801

Sysco West Coast Florida, Inc.
3000 69th St. East
Palmetto, FL 34221

Total Comfort
17303 Abbott Ave.
Port Charlotte, FL 33954

U.S. Foodservice, Inc.
7004 E. Hanna Ave.
Tampa, FL 33610

Unifirst
P.O. Box 101
Fort Myers, FL 33901

Vend Lease Company, Inc.
6422 Frankford Ave.
Baltimore, MD 21206

Vista Serve
6093 Clark Center Ave.
Sarasota, FL 34238

Waste Pro
13110 Rickenbacker Parkway
Fort Myers, FL 33913

Yellow Book  
3461 Bonita Bay Blvd. #102  
Bonita Springs, FL 34134

Zeneth, The  
8745 Henderson Rd.  
Renaissance 5. #210  
Tampa, FL 33634